IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| VAUGHN ROWE, | ) | |
| | ) | |
| Defendant Below - Appellant, | ) | No. 235, 2016 |
| | ) | |
| | ) | Court Below: Superior Court |
| v. | ) | of the State of Delaware |
| | ) | |
| STATE OF DELAWARE, | ) | ID. No. 1511011411 |
| | ) | |
| Plaintiff Below - Appellee. | ) | |

Submitted: January 25, 2017
Decided: January 31, 2017

Before **STRINE**, Chief Justice; **VALIHURA** and **VAUGHN**, Justices.

# **O R D E R**

This 31st day of January 2017, the Court having considered this matter on the briefs filed by the parties has determined that the final judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned by the Superior Court in its bench ruling dated April 15, 2016.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

/s/   James T. Vaughn, Jr.
Justice